## Honesdale National Bank *v.* Nationwide Mutual Fire Insurance Company, Appellant.

Before RUTHERFORD, P. J.

Argued December 8, 1975. *Cody H. Brooks,* with him *George E. Clark, Jr.,* and *Henkelman, McMenamin, Kreder & O'Connell,* for appellant; *Milford J. Meyer,* with him *Louis A. Fine,* and *Meyer, Lasch, Hankin & Poul,* for appellee.

Judgment affirmed.

## Kenneth Burton, Inc. *v.* Cocivera Construction Co., Inc., Appellant.

Argued December 15, 1975. *Francis J. Tarquini,* and *Jenkins and Acton,* submitted a brief for appellant; *David Freeman,* with him *Liederbach, Eimer, Foy and Hahn,* for appellee.

Order affirmed.